**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

FILED ____ ENTERED

AUG - 4 2003

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

✓ FEE PAID
___ FEE NOT PAID
(SEND LETTER)

| | | |
|---|---|---|
| FRANK MITCHELL, and<br>BRENDA FISCHER, and on<br>Behalf of Themselves<br>And All Others Similarly Situated<br>Plaintiffs | * <br> * <br> * <br> * | Civil Action No. |
| vs. | * | MJG-02-CV-4156 |
| SMITHKLINE BEECHAM CORP.<br>D/B/A GLAXOSMITHKLINE<br>And DOES 1 through 100, Inclusive<br>Defendant | * | |

**************

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert J. Tully, am a member in good standing of the bar of this Court. My bar number is 26441. I am moving for the admission of Patrick Pendley, Pendley Law Firm, to appear *pro hac vice* in this case as counsel for Plaintiffs.

We certify that:

1. The proposed admittee is a member in good standing of the bar of the State of Louisianna (See attached exhibit).
2. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.
3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.
4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.
5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.
6. I, Robert J. Tully, am a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings, as well as attorneys from the law firm Tully, Webster & Francomano, also in good standing and members of this Court.
7. The $50.00 fee for admission *pro hac vice* is enclosed.
8. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Robert J. Tully | Patrick W. Pendley |
| Printed Name | Printed Name |
| Tully, Webster & Francomano | Pendley Law Firm |
| Firm | Firm |
| 145 E. Cross St., Balt., MD 21230 | P.O. Box 71, Plaquemine, LA 70765 |
| Address | Address |
| (410) 727-3620 | 225-687-6396 |
| Telephone Number | Telephone Number |
| (410) 727-3318 | 225-687-6398 |
| FAX | FAX |

..............................................................

<u>ORDER</u>

✓ GRANTED        DENIED

August 7, 2003                Felicia C. Cannon
Date                          Clerk, United States District Court
                              by: *[signature]*