```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

FRANK MITCHELL, et al.          *

       Plaintiffs            *

       vs.                   *   CIVIL ACTION NO. MJG-02-4156

SMITHKLINE BEECHAM CORP. d/b/a  *
GLAXOSMITHKLINE, et al.
                               *

       Defendants
*   *   *   *   *   *   *   *   *   *

## ORDER

In accordance with the proceedings held in this matter on this date:

1. By September 5[1], Plaintiffs' counsel shall advise Defendants and the Court whether he intends to proceed with individual Plaintiff claims as distinct from, or in addition to, the class action claims.

2. By September 12, Plaintiffs may file an Amended Complaint and, of course, may file additional law suits related to the instant case.

3. To the extent that the Amended Complaint presents individual Plaintiff claims, Defendants reserve all rights, including, but not limited to, the right to object to the joinder of parties.

4. On September 15 there shall be a case management conference commencing at 4:00 p.m. or as soon thereafter as possible.

    a. Counsel shall be prepared to discussed the scheduling of proceedings in the instant case and potential related cases.

    b. The parties are requested to provide the Court, a week prior to the conference, with

---

[1] All dates referred to herein are in the year 2003.

sample of Case Management Orders in analogous litigation.

SO ORDERED, on Tuesday, 12 August, 2003

/s/
_____
Marvin J. Garbis
United States District Judge