UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANK MITCHELL and<br>BRENDA FISCHER | CIVIL ACTION NO. MJG-02-CV-4156 |
| VERSUS | JUDGE GARBIS |
| SMITHKLINE BEECHAM CORP., ET AL. | |

**PLAINTIFFS' MOTION TO FILE**
**FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

Plaintiffs, Frank Mitchell and Brenda Fischer, et al., file this Motion to File First Supplemental and Amending Complaint against the defendants, and respectfully represent

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Plaintiffs wish to supplement and amend the original complaint as outlined in the attached First Supplemental and Amended Complaint

2.

Plaintiffs show that leave of court is required for this pleading, but that leave shall be freely given when justice so requires.

3

Plaintiffs further show that the claims asserted in the supplemental pleading are identical to Plaintiffs' original claims and arose out of the same conduct, transactions and occurrences set forth in the original pleading.

**WHEREFORE,** Plaintiffs pray that this First Supplemental and Amended Complaint be filed in accordance with law

RESPECTFULLY SUBMITTED:
BY ATTORNEYS:

*[signature: Christopher L. Coffin]*

CHRISTOPHER L. COFFIN
PATRICK W. PENDLEY
PENDLEY LAW FIRM
P.O. DRAWER 71
24110 EDEN STREET
PLAQUEMINE, LA 70764
225-687-6396 - PHONE
225-687-6398 - FAX

ROBERT J. TULLY
TULLY, WEBSTER & FRANCOMANO
1433 S. HANOVER STREET
2ND FLOOR
BALTIMORE, MD 21230

KAREN A. BARTH
MARY SCHIAVO
BAUM, HEDLUND, ARISTEI, GUILFORD
& SCHIAVO
12100 WILSHIRE BLVD., SUITE 950
LOS ANGLES, CA 90025
TEL: (310) 207-3233
FAX: (310) 820-7444

DONALD J. FARBER
LAW OFFICE OF DONALD J. FARBER
7 MT. LASSEN DRIVE, SUITE B-126
SAN RAFAEL, CA 94903
TEL: (415) 472-7181

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANK MITCHELL and<br>BRENDA FISCHER | CIVIL ACTION NO. MJG-02-CV-4156 |
| VERSUS | JUDGE GARBIS |
| SMITHKLINE BEECHAM CORP., ET AL. | |

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

The Plaintiffs, Frank Mitchell and Brenda Fischer, et al., file this Memorandum in Support of their Motion to File First Supplemental and Amended Complaint against the defendants, and respectfully represent that Rule 15 of the Federal Rules of Civil Procedure controls the amendment and supplementation of pleadings. Plaintiffs show that leave of court is required for the amended pleading in this instance; however, leave shall be freely given when justice so requires.

Plaintiffs show that the claims asserted in the amending pleading are identical to the claims in Plaintiffs' original Complaint. Furthermore, the claims of the additional 26 plaintiffs listed in the Amended Complaint arose out of the same conduct, transactions and occurrences as set forth in the original pleading.

**WHEREFORE**, Plaintiffs pray that their First Supplemental and Amended Complaint be filed in accordance with law

RESPECTFULLY SUBMITTED:
BY ATTORNEYS:

_____
CHRISTOPHER L. COFFIN
PATRICK W. PENDLEY
PENDLEY LAW FIRM
P.O. DRAWER 71
24110 EDEN STREET
PLAQUEMINE, LA 70764
225-687-6396 - PHONE
225-687-6398 - FAX

ROBERT J. TULLY
TULLY, WEBSTER & FRANCOMANO
1433 S. HANOVER STREET
2ND FLOOR
BALTIMORE, MD 21230

KAREN A. BARTH
MARY SCHIAVO
BAUM, HEDLUND, ARISTEI, GUILFORD
& SCHIAVO
12100 WILSHIRE BLVD., SUITE 950
LOS ANGLES, CA 90025
TEL: (310) 207-3233
FAX: (310) 820-7444

DONALD J. FARBER
LAW OFFICE OF DONALD J. FARBER
7 MT. LASSEN DRIVE, SUITE B-126
SAN RAFAEL, CA 94903
TEL: (415) 472-7181

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion and Memorandum has been served upon all counsel of record by placing same in United States Mail, postage pre-paid and properly addressed on this ___10th___ day of ___September___, 2003.

_____
CHRISTOPHER L. COFFIN

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANK MITCHELL and<br>BRENDA FISCHER | CIVIL ACTION NO. MJG-02-CV-4156 |
| VERSUS | JUDGE GARBIS |
| SMITHKLINE BEECHAM CORP., ET AL. | |

## ORDER

Considering the above and foregoing Motion to File Supplemental and Amended Complaint:

IT IS ORDERED that the Plaintiffs be and are allowed to file their First Supplemental and Amended Complaint.

SIGNED in Baltimore, Maryland, this _____ day of _____, 2003

_____
**JUDGE, UNITED STATES DISTRICT COURT**