UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANK MITCHELL and<br>BRENDA FISCHER | CIVIL ACTION NO. MJG-02-CV-4156 |
| VERSUS | JUDGE GARBIS |
| SMITHKLINE BEECHAM CORP., ET AL. | |

*****************************************************************

### PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Plaintiffs, Frank Mitchell and Brenda Fischer, et al., desire to supplement and amend the original Complaint previously filed in this matter in the following particulars, to-wit:

I.

Plaintiffs wish to supplement and amend their original Complaint by adding as plaintiffs the following individuals:

| | | | | |
|---|---|---|---|---|
| 1.) | Sherry LeMasters<br>Joplin, MD | | 7.) | Donna Varady<br>Bel Air, MD |
| 2.) | Suzette Meighan<br>Beltsville, MD | | 8.) | Jerry Eisenhardt<br>Glen Burnie, MD |
| 3.) | Mary Schmalgeyer<br>Hollywood, MD | | 9.) | Joan Lake<br>Baltimore, MD |
| 4.) | Tammy Lang<br>Columbia, MD | | 10.) | Louise Coleman-Brown<br>Annapolis, MD |
| 5.) | Christina Pesce<br>Laurel, MD | | 11.) | Michelle Nemphos<br>Baltimore, MD |
| 6.) | Christopher Deanes<br>Silver Spring, MD | | 12.) | Craig Schleunes<br>Cockeysville, MD |

|  |  |  |  |
|---|---|---|---|
|  | Joan Eisenhardt<br>Glen Burnie, MD | 21.) | Lynn Hagans<br>Oxon Hill, MD |
| 14.) | Martha Hoffman<br>Baltimore, MD | 22.) | Christopher Robinson<br>Bethesda, MD |
|  | John Clark<br>Phoenix, MD | 23.) | Sirish Agarwal<br>Chevy Chase, MD |
|  | Scott Gordon<br>Rockville, MD | 24.) | Michele Broccolo<br>Baltimore, MD |
|  | Elise Bryant-Coles<br>Silver Spring, MD | 25.) | Robert Pierson<br>Montgomery, MD |
|  | Mary O'Brien<br>Potomac, MD | 26.) | Kevin Goines<br>Frederick, MD |
|  | Tanja George<br>Joppatowne, MD |  |  |
|  | Pamela Senz<br>Smithsburg, MD |  |  |

II.

Plaintiffs represent that the additional 26 plaintiffs listed above adopt in full the allegations and relief sought as stated in Plaintiffs' original Complaint.

**WHEREFORE**, Plaintiffs pray that the foregoing First Amending and Supplemental Complaint be filed as prayed for and according to law.

**BY ATTORNEYS:**

BY: _____
CHRISTOPHER L. COFFIN
PATRICK W. PENDLEY
PENDLEY LAW FIRM
P.O. DRAWER 71

2

24110 EDEN STREET
PLAQUEMINE, LOUISIANA 70765
TEL: (225) 687-6396
FAX: (225) 687-6398

ROBERT J. TULLY
TULLY, WEBSTER & FRANCOMANO
1433 S. HANOVER STREET
2ND FLOOR
BALTIMORE, MD 21230

KAREN A. BARTH
MARY SCHIAVO
BAUM, HEDLUND, ARISTEI, GUILFORD
& SCHIAVO
12100 WILSHIRE BLVD., SUITE 950
LOS ANGLES, CA 90025
TEL: (310) 207-3233
FAX: (310) 820-7444

DONALD J. FARBER
LAW OFFICE OF DONALD J. FARBER
7 MT. LASSEN DRIVE, SUITE B-126
SAN RAFAEL, CA 94903
TEL: (415) 472-7181
FAX: (415) 472-7182

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Complaint has been served upon all counsel of record by placing same in United States Mail, postage pre-paid and properly addressed on this _10th_ day of _September_, 2003.

_____
CHRISTOPHER L. COFFIN