```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND

FRANK MITCHELL, et al.           *

            Plaintiffs           *

       vs.                       *   CIVIL ACTION NO. MJG-02-4156

SMITHKLINE BEECHAM CORP. d/b/a   *
GLAXOSMITHKLINE, et al.
                                 *
            Defendants
*       *       *       *        *   *   *   *   *   *
```

## FIRST PROCEDURAL ORDER

The Court, having conferred with counsel on September 15, 2003 hereby issues the First Procedural Order in regard to the instant case, and the related cases hereafter to be filed:

1. Plaintiffs' counsel shall, promptly, file a document withdrawing all class action allegations herein and captioning the instant case in the name of a single Plaintiff.

2. Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint is DENIED WITHOUT PREJUDICE.

3. Plaintiffs' counsel shall, promptly, file a separate suit on behalf of each Plaintiff (or husband and wife together) asserting Paxil related claims against Defendants herein.

    a. The Complaints in the separate law suits may incorporate, by reference, the allegations in the Complaint herein.

    b. The Court hereby waives the filing fee with regard to the separate cases filed pursuant to this Order.

4. The instant case and the additional cases to be filed by Plaintiffs' counsel shall be consolidated for pretrial purposes and the cases

>    collectively shall be referred to as "the Paxil Litigation." .
>
>    a.  All discovery and all matters of record in any case included in the Paxil Litigation are deemed to constitute part of the record in all such cases.
>
>    b.  No decision is now being made with regard to the extent to which cases or issues shall be tried together.
>
> 5. Plaintiffs' counsel shall, within 20 days, provide Defendants' counsel with factual information regarding each Plaintiff in the Paxil Litigation, including such medical history as Plaintiffs' counsel presently has.
>
> 6. By October 15, 2003 the parties shall advise the Court of the four cases in the Paxil Litigation that shall first proceed to disposition.
>
>    a.  In this regard, each side may select two such cases to be in the First Trial Group.
>
>    b.  The Court will be available for a telephone conference if there are any difficulties encountered in regard to the selection of the four cases in the First Trial Group.
>
>    c.  Discovery shall be limited to the cases in the First Trial Group except that any party may seek leave to pursue discovery in other cases for good cause.
>
> 7. The cases in the First Trial Group shall proceed as follows:
>
>    a.  Fact discovery shall be concluded by April 15, 2004.
>
>    b.  By April 15, 2004, Plaintiffs shall:

      (1) Provide the identity of all expert witnesses (other than those pertaining to economic damages issues).

      (2) Provide Rule 26(a)(2) information.

      (3) Provide dates within 30 days on which each expert is available for deposition so that depositions can be taken.

c. By May 17, 2004, Defendants shall:

      (1) Provide the identity of all expert witnesses (other than those pertaining to economic damages issues).

      (2) Provide Rule 26(a)(2) information.

      (3) Provide dates within 30 days on which each expert is available for deposition so that depositions can be taken.

d. By June 15, 2004, Plaintiffs shall:

      (1) Provide the identity of any rebuttal expert witnesses (other than those pertaining to economic damages issues).

      (2) Provide Rule 26(a)(2) information.

      (3) Provide dates within 30 days on which each expert is available for deposition so that depositions can be taken.

e. By June 29, 2004, any summary judgment motions shall be filed.

f. If no timely summary judgment motion is filed, counsel for Plaintiff shall arrange a telephone conference to schedule further proceedings by July 9, 2004.

  g. After resolution of any summary judgment motions, the Court shall confer with counsel regarding the scheduling of further proceedings herein.

8. The parties shall provide brief status reports in letter form and not filed as formal documents during the first week of every month starting with November of 2003.

9. Any party may request a case conference with the Court at any time.

SO ORDERED, on <u>Monday, September 22, 2003</u>.

<u>         / s /         </u>  
Marvin J. Garbis  
United States District Judge