UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FRANK MITCHELL and BRENDA FISCHER** | **CIVIL ACTION NO. MJG-02-CV-4156** |
| **VERSUS** | **JUDGE GARBIS** |
| **SMITHKLINE BEECHAM CORP., ET AL.** | |

### NOTICE OF FILING AMENDED COMPLAINT

Pursuant to this Court's order dated September 22, 2003, Plaintiffs file the enclosed Amended Complaint withdrawing all class allegations and captioning the instant case in the name of a single Plaintiff, Frank Mitchell.

RESPECTFULLY SUBMITTED:
BY ATTORNEYS:

_____
**CHRISTOPHER L. COFFIN**
**PATRICK W. PENDLEY**
**PENDLEY LAW FIRM**
**P.O. DRAWER 71**
**24110 EDEN STREET**
**PLAQUEMINE, LA 70764**
**225-687-6396 - PHONE**
**225-687-6398 - FAX**

**ROBERT J. TULLY**
**TULLY, WEBSTER & FRANCOMANO**
**1433 S. HANOVER STREET**
**2ND FLOOR**
**BALTIMORE, MD 21230**

**KAREN A. BARTH**
**MARY SCHIAVO**

**BAUM, HEDLUND, ARISTEI, GUILFORD & SCHIAVO**
**12100 WILSHIRE BLVD., SUITE 950**
**LOS ANGLES, CA 90025**
**TEL:  (310) 207-3233**
**FAX: (310) 820-7444**

**DONALD J. FARBER**
**LAW OFFICE OF DONALD J. FARBER**
**7 MT. LASSEN DRIVE, SUITE B-126**
**SAN RAFAEL, CA 94903**
**TEL: (415) 472-7181**