IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| FRANK MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. MJG-02-CV-4156 |
| ) | |
| SMITHKLINE BEECHAM ) | |
| CORPORATION, d/b/a ) | |
| GLAXOSMITHKLINE and ) | |
| DOES 1 Through 100, Inclusive, ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Gregg L. Bernstein and Martin, Snyder & Bernstein, P.A., as counsel for the Defendant, SmithKline Beecham Corporation, d/b/a GlaxoSmithKline in the above-captioned matter.

/S/
Gregg L. Bernstein
Martin, Snyder & Bernstein, P.A.
Redwood Tower, Suite 2000
217 East Redwood Street
Baltimore, Maryland 21202
Telephone: (410) 547-7163
Facsimile: (410) 547-1605

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day served a copy of the foregoing **ENTRY OF APPEARANCE** on counsel of record either electronically or by depositing a copy of the same in U.S. Mail, first-class, postage prepaid, and addressed as follows:

Robert J. Tully
Tully, Webster & Francomano
1433 S. Hanover Street
2nd Floor
Baltimore, Maryland  21230

Karen A. Barth
Mary Schiavo
Baum, Hedlund, Aristei, Guilford & Schiavo
12100 Wilshire Boulevard
Suite 950
Los Angeles, California  90025

Christopher L. Coffin
Patrick W. Pendley
Pendley Law Firm
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana  70765

Donald J. Farber
Law Offices of Donald J. Farber
7 Mt. Lassen Drive
Suite B-126
San Rafael, California  94903

This 14th day of October, 2003.

/S/
Gregg L. Bernstein