```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

FRANK MITCHELL, et al.         *

          Plaintiffs           *

          vs.                  *  CIVIL ACTION NO. MJG-02-4156
                                  (Consolidated with MJG-03-2817-32 & 34-43)
SMITHKLINE BEECHAM CORP. d/b/a *
   GLAXOSMITHKLINE, et al.
                               *
          Defendants
                               *

*     *     *     *     *     *     *     *     *
```

## ORDER

In accordance with the conference with counsel held on October 23, 2003:

1. The twenty-six related cases filed by Plaintiffs' counsel shall be consolidated herewith for pretrial purposes by separate Order.

2. With regard to the group of four cases that shall first proceed to litigation pursuant to the First Procedural Order:

   a. Plaintiffs' counsel has selected the cases of Plaintiffs Brenda E. Fischer (MJG-03-2825) and Craig Schleunes (MJG-03-2840).

   b. Plaintiffs' counsel shall provide Defendants' counsel with the information called for on Plaintiffs' counsel's client information sheets.

      (1) This shall be done expeditiously to avoid delay in the progress of the litigation.

      (2) Defendants may request a modification of appropriate deadlines in the First

        Procedural Order if they are unduly delayed in selecting two cases for the first group.

3. The Court remains available to confer with counsel as may be helpful in regard to the management of this litigation.

SO ORDERED, on <u>Monday, 27 October, 2003</u>.


                              <u>   / s /   </u>
                              Marvin J. Garbis
                    United States District Judge