```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

FRANK MITCHELL, et al.       *

          Plaintiffs          *

          vs.                 *   CIVIL ACTION NO. MJG-02-4156
                                (Consolidated with MJG-03-2817-32 & 34-43)
SMITHKLINE BEECHAM CORP. d/b/a *
   GLAXOSMITHKLINE, et al.
                              *
          Defendants
                              *

*    *    *    *    *    *    *    *    *
```

ORDER OF CONSOLIDATION

The instant case involves similar or identical contentions by the parties and common questions of fact and/or law with the twenty-six case related cases filed in Civil Action Nos. MJG-03-2817-32 and MJG-03-2834-43.

Under the circumstances, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure the Court determines that consolidation of these cases for pretrial purposes would tend to promote judicial efficiency and avoid unnecessary costs and delay.

Accordingly:

    1. Civil Action MJG-02-4156 is hereby consolidated for all pretrial purposes with Civil Action Nos. MJG-03-2817-32 and MJG-03-2834-43.

    2. All pleadings in any of the consolidated cases as of the entry of this Order shall be captioned as is this Order and shall be filed only in Civil Action No. MJG-02-4156 unless otherwise directed by this Court.

3. All discovery and all pleadings and other matters of record in MJG-02-4156 are hereby deemed to be part of the record of each of the consolidated cases and all discovery and all pleadings and other matters of record in any of the other consolidated cases are hereby deemed to be part of the record of MJG-02-4156 and each of the consolidated cases.

4. Defendants need not respond to the Complaints filed in MJG-03-2817-32 and MJG-03-2834-43. Defendants' responses to the Amended Complaint in MJG-02-4156 shall constitute their responses to the Complaints in MJG-03-2817-32 and MJG-03-2834-43.

5. The Court is not now resolving any issues as to trial of the cases hereby consolidated.

SO ORDERED, on Monday, 27 October, 2003.

/ s /
Marvin J. Garbis
United States District Judge