# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                    Reply to Northern Division Address

January 6, 2004

United States District Court
Central District of California
Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012

      Re:    Frank Mitchell, et al. vs. SmithKline Beecham Corp.
              Civil Action No.: CV 03-9473-MRP (CWx)

Dear Clerk:

[ X ]    On January 5, 2003, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers filed prior to the implementation of the electronic case filing system (ECF). A log-in and password will be e-mailed to allow access to the electronic filings.

[   ]    On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[   ]    Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

      Thank you for your cooperation and courtesy in this matter.

                              Sincerely,

                              Felicia C. Cannon, Clerk

                  By:    _____
                              Deputy Clerk

Enclosure

Received by: _____
Date: _____

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

January 6, 2004
Page 2

New Case No.: _____                            Letter Transferring Case (Rev. 02/26/2002)

U.S. District Court (Rev. 02/26/2002) - Letter transferring case