```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

FRANK MITCHELL, et al.           *

       Plaintiffs              *

       vs.                     *   CIVIL ACTION NO. MJG-02-4156
                                                 (Consolidated with MJG-03-2817-32 & 34-43)

SMITHKLINE BEECHAM CORP. d/b/a   *
  GLAXOSMITHKLINE, et al.
                                       *

       Defendants
                                       *

*   *   *   *   *   *   *   *   *

## ORDER

It appears that the Court has not, heretofore, formally issued an Order denying remand of the MJG-02-4156.

Accordingly, to clarify the record:

      1.   The Motion to Remand [Paper 14] is DENIED.

      2.   This action does not affect the status of these cases or the substantive rights of any party.

SO ORDERED, on <u>Thursday, March 11, 2004</u>.

                                                    __/ s /__
                                             Marvin J. Garbis
                                 United States District Judge