IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| FRANK MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SMITHKLINE BEECHAM )<br>CORPORATION, d/b/a )<br>GLAXOSMITHKLINE and )<br>DOES 1 Through 100, Inclusive, )<br>)<br>Defendants. ) | Civil Action No. MJG-02-CV-4156 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT,
SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE**

Pursuant to Local Rule 101.2.b, please withdraw the appearance of Gregg L. Bernstein and Martin, Snyder & Bernstein, P.A., as counsel for Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, in the above-entitled matter.

Defendant will continue to be represented by Mark S. Brown (Federal Bar No. 9100), Esquire, Chilton Davis Varner, Esquire and Andrew T. Bayman, Esquire, King & Spalding, whose appearances all have been previously entered on behalf of the Defendant.

        Respectfully submitted,

        _____/S/_____
        Gregg L. Bernstein
        Zuckerman Spaeder LLP
        100 E. Pratt Street
        Suite 2440
        Baltimore, Maryland 21202
        Telephone:  (410) 547-8705
        Facsimile:  (410) 659-0436

APPROVED:

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT, SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE** on counsel of record either electronically or by depositing a copy of the same in U.S. Mail, first-class, postage prepaid, and addressed as follows:

Robert J. Tully
Tully, Webster & Francomano
1433 S. Hanover Street
2nd Floor
Baltimore, Maryland  21230

Karen A. Barth
Mary Schiavo
Baum, Hedlund, Aristei, Guilford & Schiavo
12100 Wilshire Boulevard
Suite 950
Los Angeles, California  90025

Christopher L. Coffin
Patrick W. Pendley
Pendley Law Firm
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana  70765

Donald J. Farber
Law Offices of Donald J. Farber
7 Mt. Lassen Drive
Suite B-126
San Rafael, California  94903

This 8th day of September 2004.

                                                      /S/
                                            Gregg L. Bernstein