IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

FRANK MITCHELL,

    Plaintiff,

v.

SMITHKLINE BEECHAM
CORPORATION, d/b/a
GLAXOSMITHKLINE and
DOES 1 Through 100, Inclusive,

    Defendants.

Civil Action No. MJG-02-CV-4156

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT, SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE

Pursuant to Local Rule 101.2.b, please withdraw the appearance of Gregg L. Bernstein and Martin, Snyder & Bernstein, P.A., as counsel for Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, in the above-entitled matter.

Defendant will continue to be represented by Mark S. Brown (Federal Bar No. 9100), Esquire, Chilton Davis Varner, Esquire and Andrew T. Bayman, Esquire, King & Spalding, whose appearances all have been previously entered on behalf of the Defendant.

Respectfully submitted,

/S/
Gregg L. Bernstein
Zuckerman Spaeder LLP
100 E. Pratt Street
Suite 2440
Baltimore, Maryland 21202
Telephone: (410) 547-8705
Facsimile: (410) 659-0436

APPROVED; this 13th day of September, 2004.

/S/
United States District Judge
Marvin J. Garbis